**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG KIM,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>RAJESHWARI DESHMUKH, et al.,<br><br>　　　　　Defendant(s). | Case No.　CV-19-719-R<br><br>**ORDER OF DISMISSAL<br>BY LACK OF PROSECUTION** |

　　　Plaintiff was ordered to show cause in writing by not later than **May 20, 2019** why this action should not be dismissed for lack of prosecution;

　　　WHEREAS, this period has elapsed without any action by plaintiff.

　　　The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: May 21, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE